

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, Colorado 80294-3589
Phone (303) 844-3433
www.cod.uscourts.gov

March 1, 2011

See Notice of Electronic Filing

Re:     Hendricks v. OppenheimerFunds, Inc. et al.
        Civil Action Number: U.S. District Court for the District of Illinois 10-cv-03162
        Our Civil Action Number: 11-cv-00487-JLK-KMT

Dear Counsel:

    The above referenced case has been transferred to this Court. The new case number is
11-cv-00487-JLK-KMT and is assigned to Senior Judge John L. Kane. All future pleadings
should reference the case number assigned by this court as shown above. Our Local Rules of
Practice are available for download at www.cod.uscourts.gov.

                    Very truly yours,
                    GREGORY C. LANGHAM, CLERK

                    By: s/ Lorelle Gianelli
                        Deputy Clerk

04/15/02