**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane**

Civil Action No. 11-cv-00487-JLK

PAUL HENDRICKS,

    Plaintiff,

OPPENHEIMERFUNDS, INC., a Colorado Corporation,
OPPENHEIMERFUNDS DISTRIBUTOR, INC., a New York Corporation, and
ANGELO MANIOUDAKIS,

    Defendants.

---

**UNOPPOSED MOTION FOR ENTRY OF ORDER STAYING CASE**

---

    Defendants OppenheimerFunds, Inc., OppenheimerFunds Distributor, Inc., Angelo Manioudakis, ("Defendants") hereby move this Court to enter an Order staying the above-captioned matter pending decisions of the motions to dismiss filed in *In re: Oppenheimer Champion Fund Securities Fraud Class Actions*, Case No. 09-cv-00386, and *In re: Core Bond Fund*, Case No. 09-cv-01186 (collectively, the "Fixed Income Fund Actions") or other disposition of the Fixed Income Fund Actions. In support of this Motion, Defendants state as follows:

    1.    Counsel for Defendants and counsel for Plaintiff agreed that this action should be stayed pending a decision by this Court on the motions to dismiss in the Fixed Income Fund Actions or other disposition of the Fixed Income Fund Actions.

    2.    Defendants conferred with counsel for Plaintiff and counsel for Plaintiff does not oppose this Motion.

3. Accordingly, Defendants request that this Court stay this action until such time as this Court issues its decision on the motions to dismiss filed in the Fixed Income Fund Actions or otherwise disposes of the Fixed Income Fund Actions.

DATED this 21st day of March, 2011.

                    Respectfully submitted,

                    PERKINS COIE LLP

                    *s/ Stephanie Dunn*
                    Stephanie E. Dunn
                    1900 Sixteenth Street, Suite 1400
                    Denver, CO  80202-525
                    Tel:  303.291.2300
                    Fax:  303.291.2400
                    Email:  sdunn@perkinscoie.com

                    Attorneys for Defendants OppenheimerFunds, Inc., OppenheimerFunds Distributor, Inc., and Angelo Manioudakis

## CERTIFICATE OF SERVICE

  I hereby certify that on this 21st day of March, 2011, I electronically filed a true and correct copy of the foregoing **UNOPPOSED MOTION FOR ENTRY OF ORDER STAYING CASE** with the Clerk of Court using the CM/ECF system.  I have also served the foregoing by placing same in the United States Mail, first class postage prepaid, addressed to the following:

| | |
|---|---|
| John S. Burke | David P. Neuman |
| Higgins & Burke, P.C. | Stoltmann Law Offices, P.C. |
| 2560 Foxfield Road, #200 | 10 South LaSalle Street, #3500 |
| Saint Charles, IL 60174 | Chicago, IL 60603 |
| 630-762-9081 | 312-332-4200 |
| 630-762-9084 (fax) | 312-332-4201 (fax) |

              *s/ Stephanie Dunn*
              Stephanie E. Dunn
              Perkins Coie LLP
              1900 Sixteenth Street, Suite 1400
              Denver, CO  80202-525
              Tel:  303.291.2300
              Fax:  303.291.2400
              Email:  sdunn@perkinscoie.com

              Attorneys for Defendants
              OppenheimerFunds, Inc.,
              OppenheimerFunds Distributor, Inc., and
              Angelo Manioudakis